UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST. COURT
MIDDLE DIST. OF L/

2014 JUN 24 PM 1:47

SIGN _____
BY DEPUTY CLERK

Telisha Cain

name of plaintiff(s)

versus

CIVIL ACTION

NO. _____ )

Hallmark Cards, Inc

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Copyright Infringement

2. Plaintiff, Telisha Cain resides at

   5275 Melrose Blvd , Baton Rouge ,
   street address                                  city

   EBR , La , 70806 , 225-270-5010
   parish       state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Hallmark Cards, Inc lives at, or
   its business is located at P.O. 419126, MD #339 ,
                              street address

   Kansas City , _____ , MO ,
   city              parish           state

   64141 , _____ .
   zip code   telephone number

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Hallmark Copyrighted a poem that I wrote in 2005, which was copyrighted in my name on poetry.com. They put my poem on a card, and they are selling it in every hallmark retail store including grocery stores and etc. as a birthday card

5. Prayers for Relief (list what you want the Court to do):

a. Send out a Cease and desist letter

b. I want to be compensated for copyright infringement for royalties & copies that has ever been sold.

c. I want Hallmark to recognize me as the owner that holds the copyrights

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _Delisha Ceci_ day of _June 24_, 20_14_

_Delisha Ceci_

_____

_____

(signature of plaintiff (s))