UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TELISHA CAIN

VERSUS

HALLMARK CARDS, INC.

CIVIL ACTION

NO. 14-389-JJB

## RULING AND ORDER

This matter is before the court on the motion (doc. 16) of defendant Hallmark Cards, Incorporated to dismiss for insufficient service of process. Plaintiff has filed an opposition. There is no need for oral argument.

For the reasons stated in defendant's brief, the court finds that plaintiff has failed to properly serve defendant. Plaintiff's response fails to correct the deficiencies noted by defendant.

Accordingly, the motion (doc. 16) to dismiss is hereby GRANTED.

\*   \*   \*   \*

ACCORDINGLY, IT IS ORDERED that this action be dismissed for insufficient service of process.

Baton Rouge, Louisiana, April 14th, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA